**DOCKET NUMBER:** CR 07-641 (NGG)

## CRIMINAL CAUSE FOR SENTENCING

**Date Received By Docket Clerk:** _____   **Docket Clerk Initials:** _____

**BEFORE JUDGE:** GARAUFIS   **DATE:** JULY 28, 2010   **TIME IN COURT** 1 HRS 30 MINS
@ 2:30 PM

**1. DEFENDANT:** ZEV SALTSMAN

Present X    Not Present    Custody    Not Custody X

**DEFENSE COUNSEL:** BENJAMIN BRAFMAN / KAREN NEWIRTH

Federal Defender    CJA    RETAINED X

**2. DEFENDANT:**

PRESENT

**DEFENSE COUNSEL:**

**3. DEFENDANT:**

PRESENT

**DEFENSE COUNSEL:**

**A.U.S.A.:** ILENE JAROSLAW / JOHN NOWAK

**COURT REPORTER OR ESR OPERATOR:** BURT SULZER

**INTERPRETER:**    **LANGUAGE:**

- ☐ Change of Plea Hearing (~Util-Plea Entered)
- ☐ Bail Application
- ☐ Pre Trial Conference
- ☐ Violation
- ☐ Status Conference
- ☐ Bail Revocation Hearing
- ☐ Voir Dire Begun        ☐ Voir Dire Held
- ☐ Jury Trial Death Penalty   ☐ Sentence enhancement Phase

- ☐ Revocation of Probation contested
- ☐ Sentencing on a violation
- ☐ Motion Hearing
- ☐ Hearing
- X Sentencing
- ☐ Motion for sentence reduction
- ☐ Jury selection    ☐ Jury trial
- ☐ Bench Trial Begun

**Speedy Trial Start:**    **Speedy Trial Stop:**    **CODE TYPE:** XT
**Do these minutes contain ruling(s) on motion(s)?**    YES    NO   X

*[signature]*