D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ZEV SALTSMAN,

Defendant.

~~[PROPOSED]~~
ORDER

Cr. No. 07-641 (S-3)(NGG)

WHEREAS, the defendant in the above-captioned matter was sentenced by this Court on July 28, 2010 to a three-year term of probation plus 2,000 hours of community service, to be served and performed in Israel, and

WHEREAS the defendant in the above-captioned matter has submitted a community service proposal whereby he will complete 2,000 hours of community service as an emergency medical technician and ambulance driver with the Magen David Adom in Israel, it is hereby:

ORDERED that the defendant's community service proposal is accepted; and

ORDERED that counsel for the defendant shall provide the Probation Department with updates verifying the defendant's community service every six months. *and at other times as requested by the Probation Department.*

SO ORDERED.
Brooklyn, New York
August 31, 2010

s/Nicholas G. Garaufis
_____
**Nicholas G. Garaufis**
**U.S.D.J.**