# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 27 2010 ★
BROOKLYN OFFICE

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 07-641(S-3) (NGG) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Zev Saltsman | Order of Forfeiture |

**SERVE ➡ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshals Service-EDNY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
225 Cadman Plaza East, Brooklyn, NY 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LORETTA E. LYNCH, United States Attorney
Eastern District of New York
271 Cadman Plaza East, Seventh Floor
Brooklyn, New York 11201
Attn: AUSA Evan S. Weitz

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please execute this Order and transfer four million, five hundred thousand dollars and no cents ($4,500,000.00) into the Asset Forfeiture Fund.(CATS ID# 10-FBI-003087)(CATS ID# 10-FBI-002407)

Please return five hundred thousand dollars and no cents ($500,000.00) to the claimant attorney, Daniel J. Hurson of the Law Offices of Daniel J. Hurson, 1660 L Street, N.W., Suite 506, Washington, D.C. 20036. *ACH Form attached.*

Signature of Attorney or other Originator requesting service on behalf of: AUSA Evan S. Weitz
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (718) 254-6148
DATE: 8/5/2010

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 53 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk | Date 8/5/10

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service: 8/6/10
Time: am / pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $55.00 | --- | | $55.00 | | | |

**REMARKS:**
$2,000,000 (10-FBI-003087) was transferred into the Asset Forfeiture Fund on 8/6/10
$2,500,000 (10-FBI-002407) was transferred into the Asset Forfeiture Fund on 8/6/10
$500,000 was transferred to Daniel Hurson per Amended Final Order of Forfeiture.

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)